**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 12, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| BENTOLI, INC. § | | CASE NO. 23-10827-SMR |
| § | | Chapter 11 – Subchapter V |
| *Reorganized Debtor.* § | | |

| | | |
|---|---|---|
| BENTOLI, INC., WILLIAM A. § | | |
| ROBINSON, SR. AND WILLIAM A. § | | |
| ROBINSON, JR. § | | |
| *Plaintiffs/Counter-Defendants*, § | | |
| § | | |
| v. § | | ADV. PROC. NO. 23-01024-SMR |
| § | | |
| ALEXANDER PALENCIA § | | |
| *Defendant and Third-Party Plaintiff,* § | | |
| § | | |
| v. § | | |
| § | | |
| EDWARD STEVE ROBINSON § | | |
| *Third-Party Defendant.* § | | |

**ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN,**
**INTER ALIA, THE DEBTOR AND ALEXANDER PALENCIA**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

CAME ON FOR CONSIDERATION, the *Application for Entry of an Order Approving the Settlement Agreement Between, inter alia, the Debtor and Alexander Palencia Pursuant to*

1

*Federal Rule of Bankruptcy Procedure 9019* (the "**Application**")[1] filed by Bentoli, Inc. ("**Bentoli**" or the "**Reorganized Debtor**"), seeking an order approving the Settlement Agreement and granting such other and further relief as the Court deems just and proper; having considered the Application, this Court finding that the Settlement Agreement is fair, equitable, and in the best interests of the Reorganized Debtor; and this court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been given; and it appearing that no other or further notice of the Application is required; it is hereby[2]

ORDERED that the Application is GRANTED; and it is further

ORDERED that pursuant to sections 105(a) and 363 of the Bankruptcy Code, Bankruptcy Rule 9019, and Local Rule 9019, the Settlement Agreement is hereby approved; and it is further

ORDERED that the Parties are authorized and directed to take any and all actions in order to effectuate the Settlement Agreement, including the execution and delivery and/or filing (as the case may be) of the exhibits to the Settlement Agreement and otherwise fully complying with the terms and conditions of the Settlement Agreement; and it is further

ORDERED that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052 made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such. The Court's findings shall also include any oral findings of fact and conclusions of law made by the Court during or at a hearing conducted on this matter.

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

###

Entry Requested By:

BARRETT DAFFIN FRAPPIER TURNER &ENGEL, LLP
Brian S. Engel (SBN 00789279)
4004 Belt Line Road, Suite 100
Addison, TX 75001
(512) 687-2503
brianen@bdfgroup.com

ATTORNEY FOR BENTOLI, INC.